# EXHIBIT A



WLADIS LAW FIRM
THE NEW STANDARD IN CLIENT SERVICE

June 16, 2021

**Via Registered Mail/Return Receipt Requested**

Dimes Energy GP, Inc.
757 East State Street
Olean, NY 14760

Dimes Energy, LP
757 East State Street
Olean, NY 14760

Duffy, Inc. Construction Company
P.O. Box 374
Smethport, PA 16749

Paul Ramirez, President
Dimes Energy GP, Inc.
757 East State Street
Olean, NY 14760

Michael Piette
Dimes Energy GP, Inc.
757 East State Street
Olean, NY 14760

Michael Piette
Dimes Energy, LP
757 East State Street
Olean, NY 14760

Virginia R. Thropp
14 West Main Street
Allegany, NY 14706

**Re:     Notice of Intent to Sue Pursuant to Resource Conservation and Recovery
         Act, 42 U.S.C. §6972(a)(1)(A) and (b)(1)(A)**

Dear Sir and Madam:

We write on behalf of the Bob & Dody Karl Trust (the "Trust"), the owner of the
real property known as 3853 Carey Hollow Road, Allegany, NY (the "Site"), to provide
you Notice of Intent to File Suit pursuant to the 42 U.S.C. § 6972.  Any citizen, after

providing the requisite sixty (60) day notice, may commence a civil action against any person alleged to be "in violation of any permit, standard, regulation, condition, requirement, prohibition or order which has become effective pursuant to" the Solid Waste Disposal Act, 42 U.S.C. 6901 *et seq*. The subject noticed suit will allege that the actions of Dimes Energy LP, Inc.; Dimes Energy, LP; Duffy, Inc. Construction Company; Michael Piette, Paul Ramirez, and Virginia R. Thropp constitute or contributed to the open dumping of solid waste at, on, or about the Site in violation of 42 USC § 6945 and applicable state law provisions.

Among other things, the suit will seek

(1) a Declaration that the actions of the above-named parties constitute the open dumping of solid waste in violation of 42 USC § 6945;

(2) an Order directing Dimes Energy LP, Inc.; Dimes Energy, LP; Duffy, Inc. Construction Company to take such action as is necessary to remove all solid waste from the Site and restore 3853 Carey Hollow Road, Allegany, NY to its pre-dumping condition;

(3) an Award of the Trust's costs of litigation, including, but not limited to, attorneys' fees and expert witness fees, pursuant to Section 7002(e) of the Act, 42 U.S.C.A. §6972(e); and

(4) the Imposition of a penalty in an amount determined by the District Court.

In addition to the above, the Trust will seek reimbursement and, where appropriate, treble damages for the value of all timber either felled, damaged, made inaccessible to the Trust, or removed from the Site by the actions of Dimes Energy LP, Inc.; Dimes Energy, LP; Duffy, Inc. Construction Company, Ramirez, Piette and Thropp; all direct and indirect damages that resulted from the release of petroleum on, at or about the Site, including attorneys' fees; and damages for the continuing trespass and use of the Site in excess of that necessary for the reasonable use and enjoyment of the subject leased mineral rights.

## The Actions of the Responsible Parties

On or about July 18, 2019, Virginia R. Thropp, the holder of the mineral rights for the Site, leased those rights to Dimes Energy, L.P. The lease was executed on behalf of Dimes Energy, L.P. by Michael Piette, of Montreal, Canada, who signed in his capacity as the president of Dimes Energy GP, Inc., General Partner.

Of note, the lease, without the Lessor Thropp having any such ownership interest and without the permission of the Trust, purported to transfer rights to the timber located on, at, or about the Site by providing as follows:

Citizen Suit Notice Letter
June 16, 2021
Page 3

> Lessee has the right to remove timber at its discretion for the
> purpose of exploring, developing, transporting, and
> marketing the hydrocarbons contained on and under the
> Leased premises. Lessee will pay Lessor the fair market value
> for said timber, less timber removal costs incurred by Lessee.

Simply stated, with respect to the subject Site, Thropp never possessed any such timber rights.

Thereafter, on or about October 2019, Duffy, Inc. Construction Company ("Duffy") acting at the direction of Dimes Energy GP, Inc. and Dimes Energy, LP (collectively "Dimes"), and Michal Piette, and without having provided the Trust with the mandatory pre-entry notice required under the New York Environmental Conservation Law, commenced what constituted the initiation of a continuing and on-going trespass on, at and about the Site, the felling and destruction of trees, the termination of the Trust's ability to access remaining timber, the construction of roads in preparation for and in conjunction with the installation of oil wells and distribution pipelines on the Site, and the open dumping of solid waste on, at, and about the Site and within debris and waste-laden embankments that were constructed by Duffy and serve as a barrier to entry to the subsequently enclosed portions of the Site.

In response to an order from the Trust to cease and desist and vacate the property, an individual who identified himself as "Paul" (Ramirez) (telephone number: 440-463-2707) contacted a representative of the Trust and claimed the Trust had no rights to the timber on the land leased by Dimes from Thropp. Subsequent thereto, legal counsel for Dimes stated that the Trust would be paid fair market value for the timber, but knowing that his client was in violation of state law, nevertheless threatened to commence what would have been a frivolous but nevertheless punitive legal action against the Trust.

Despite counsel for the Trust having acknowledged its obligation under the law to reimburse the Trust for the value of its lost timber, and a demand for reimbursement, Dimes has refused to reimburse the Trust.

The Trust withdrew its stop work directive once it received the required notice under state law, but the Dimes and Duffy destruction of the environment, disregard of applicable law, and the practice of open dumping continued unabated.

Apparently, having completed its construction, Dimes and Duffy elected not to use existing trails but rather scraped out of the previously wooded Site hillsides multiple roads up to 85-feet in width or four times the width of a standard state road that was used to transport the construction equipment to the Site and multiples wider than what was necessary for the reasonable use and enjoyment of Dimes mineral rights[1]. *See Marvin v.*

---

[1] Prior oil and gas exploration roadways constructed in the 1970's were only 25 feet wide, included no embankments, and did not result in the disposal of any solid waste or the construction of any solid waste laden embankments.

Citizen Suit Notice Letter
June 16, 2021
Page 4

*The Brewster Iron Mining Company*, 55 N.Y. 538 (1874). The resulting construction constitutes an on-going trespass by Dimes.

The construction practices included the felling of trees and, before they could be removed and sold, their burial in and by rock, soil, mud, and solid waste and debris filled embankments. The embankments serve to enclose both the constructed roads and create a barrier wall that prevents access by the Trust, its members, and invitees to the remainder of the property, including unfelled timber, by destroying previously existing trails resulting in access, if possible at all, that requires climbing over uneven, unlandscaped piles of debris.

In addition to the standard practice of Dimes and Duffy to fell and bury trees within constructed embankments of waste, they regularly left unburied trees at locations inaccessible to the Trust and regularly buried standing trees in the debris piles or damaged or scarred them so as to destroy their market value.



Overburden and silt buried trees
(above and below)



Citizen Suit Notice Letter
June 16, 2021
Page 5




Partially buried felled trees                    Gouged tree

As is most relevant to this notice, the construction practices of Dimes and Duffy included the failure to remove pit fluids and cuttings, the spilling of petroleum, failing to capture and prevent the escape of sludge pits wastes all of which were, upon information and belief, buried in or under the debris-filled embankments along with waste drilling pipe, cable, drilling waste and debris, waste containers, and evidence of unsanitary human waste disposal.



Partially buried pipe



Waste container

Citizen Suit Notice Letter
June 16, 2021
Page 6



Partially buried drilling debris



Buried drilling waste and debris

Citizen Suit Notice Letter
June 16, 2021
Page 7



Buried pipe



Runoff from blown out drill pit

Furthermore, Dimes constructed its pipelines under and adjacent to each of the roadways it constructed without noting the location or depth of the lines and in a pattern that precludes any ability of the Trust to access and harvest the remaining timber. In sum, Dimes has effectively eliminated the Trust's access to and ability to harvest and profit from any remaining timber located on the Site above or within the solid waste filled embankments that serve as a perimeter barrier wall enclosing both the Dimes' operations and lands not necessary for its operations.

Site conditions continue to deteriorate. The culvert dam installed near Well 44 to prevent water from running onto the Trust property no longer retains water, which now escapes and runs across Trust property. At the Well 50 site, water runs out of a slit trench, flows across Trust property, and has washed away the ground cover. The washing away of

ground cover is also occurring due to other flows off the Well 50 site and flows off the Well 53 site. The two photographs document the concern with on-going runoff that will, over time, lead to significant erosion and related issues.

 

## The Solid Waste Disposal Act

Pursuant to 42 U.S.C. § 6945 (a), pursuant to the promulgation of rules implementing the SWDA "any solid waste management practice or disposal of solid waste or hazardous waste which constitutes the open dumping of solid waste or hazardous waste is prohibited [and t]he prohibition contained in the preceding sentence shall be enforceable under section 6972 of this title against persons engaged in the act of open dumping."

The term "open dump" is defined as "any facility or site where solid waste is disposed of which is not a sanitary landfill which meets the criteria" promulgated pursuant to the SWDA." See 42 U.S.C. § 6903(14).

As the Second Circuit explained in *Dague v. City of Burlington,* 935 F.2d 1343, 1355 (2d Cir. 1991) in its enactment of RCRA Congress "sought to close 'the last remaining loophole in environmental law, that of unregulated land disposal of discarded materials and hazardous wastes.'" *Id.* at 1355 (citation omitted). The very circumstance the Trust is confronted with here as a result of a lease agreement between Thropp and Dimes that purported to grant non-existent timber rights to Dimes and resulted in the actions of Dimes and Duffy described above that have resulted in the disposal of waste and the creation of waste disposal embankments that constitute both an open dump and an invasion of the Trust's property in violation of federal and state law.

The types of waste covered under the Citizen Suit provisions are not confined to "hazardous waste"; rather, it includes "solid waste", which is very broadly defined. As is relevant to this notice and this proposed action, 42 U.S.C. § 6803 (5) defines "hazardous

waste" to include solid hazardous waste which may cause or significantly contribute to an increase in mortality or serious irreversible or incapacitating reversible illness or pose a substantial present or potential hazard to human health or the environment. 42 U.S.C. § 6803 (27) defines "solid waste" to include "discarded material, including solid, liquid, semisolid, or contaminated gaseous material resulting from industrial, commercial, mining and agricultural operations, and from community activities". *Connecticut Costal Fisherman's Ass'n. v. Remington Arms Co. Inc.*, 989 F. 2d 1305 (2nd Cir. 1993) (discussion of hazardous and solid waste under the Citizen Suit provisions); *Zands v. Nelson*, 779 F.Supp. 1254 (S.D. Cal. 1991); *Southern Fuel Co. v. Amoco Oil Co.*, 1994 U.S. Dist. LEXIS 15769 (D.Md. 8/23/94) (analysis of interplay between hazardous and solid waste provisions); Lincoln, supra.

The grant of jurisdiction extends to all parties, regardless of the amount at issue and in controversy and regardless of the citizenship of the parties; and, the court's power is broad, including the power to grant injunctive relief: The district court shall have jurisdiction, without regard to the amount in controversy or the citizenship of the parties, to enforce the permit, standard, regulation, condition, requirement, prohibition, or order, referred to in paragraph (1)(A), to restrain any person who has contributed or who is contributing to the past or present handling, storage, treatment, transportation, or disposal of any solid or hazardous waste referred to in paragraph (1)(B), to order such person to take such other action as may be necessary, or both, or to order the Administrator to perform the act or duty referred to in paragraph (2), as the case may be, and to apply any appropriate civil penalties under section 6928(a) and (g) of this title. The nature of the remedy, under a Citizen Suit, is injunctive in nature, which can include an order that the defendant is responsible for site investigation, monitoring and testing costs as well as an order barring further endangerment.

Costs, including attorney and expert fees, may be awarded to the prevailing or substantially prevailing party pursuant to 42 U.S.C. § 6972 (e): The court may award costs of litigation (including reasonable attorney and expert witness fees) to the prevailing or substantially prevailing party, whenever the court determines such an award is appropriate.

Regarding state law, 6 NYCRR 360-1.1(b) requires that all solid waste … must be transferred, processed, recovered, stored, reclaimed or disposed of in a manner consistent with Part 360, which specifically prohibits the disposal of solid waste except as provided for and authorized by regulation.[2] Construction and demolition debris, such as that created by Dimes' road building and well construction project, is a regulated solid waste, which is defined, in relevant part, as:

---

[2] 360-1.5 Prohibited disposal. (a) Solid waste disposal facilities. Except as provided for in Subparts 360-10 and 360-17 of this Part, no person shall dispose of solid waste in this State except at:
    (1) a disposal facility exempt from the requirements of this Part; or
    (2) a disposal facility authorized to accept such waste for disposal pursuant to this Part or to a department-issued or court-issued order.

Citizen Suit Notice Letter
June 16, 2021
Page 10

uncontaminated[3] solid waste resulting from the construction, remodeling, repair and demolition of utilities, structures and roads … Such waste includes, but is not limited to bricks, concrete and other masonry materials, soil, rock, wood (including painted, treated and coated wood and wood products)…. Also, waste contained in an illegal disposal site may be considered C&D debris if the department determines that such waste is similar in nature and content to C&D debris. 6 NYCRR 360-1.1(b)(38).

6 NYCRR Subpart 360-7 regulates the disposal of C&D in C&D landfills, but simply stated, the Site is not a C&D landfill.

## Responsible Parties

The responsible parties identified in this Notice are:

1. Dimes Energy GP, Inc.
   757 East State Street
   Olean, NY 14760

2. Dimes Energy, LP
   757 East State Street
   Olean, NY 14760

3. Duffy, Inc. Construction Company
   P.O. Box 374
   Smethport, PA 16749

4. Paul Ramirez, President
   Dimes Energy GP, Inc.
   757 East State Street
   Olean, NY 14760

5. Michael Piette
   Dimes Energy GP, Inc.
   757 East State Street
   Olean, NY 14760

6. Michael Piette
   Dimes Energy, LP
   757 East State Street
   Olean, NY 14760

---

[3] By citing to the regulation, the Trust does not concede or admit the subject material is "uncontaminated."

Citizen Suit Notice Letter
June 16, 2021
Page 11

      7.   Virginia R. Thropp
            14 W. Main Street
            Allegany, NY 14706

        Pursuant to the SWDA, each Responsible Party is potentially jointly and severally liable for the cost of waste removal and the Trust's costs of litigation, including reasonable attorney and expert witness fees.

## Communications with Responsible Parties

        Since 2019, the Trust and its counsel have been in communication with Dimes Energy, LP, and its counsel, and Duffy, Inc. Construction Company. Dimes has refused to compensate the Trust or restore the necessary and appropriate portions of the Site to its pre-Dimes and Duffy construction condition.

## New York State Department of Environmental Conservation

        Since 2020, the Trust has been in communication with NYSDEC Region 9 regarding the actions of Dimes and Duffy and the open dumping that was an integral component of the road and well construction project. To date, NYSDEC has taken no action to commence or prosecute a civil or criminal action to require compliance with any applicable permit, standard, regulation, condition, requirement, prohibition or order regulating or prohibiting open dumping.

## Dates on Which the Responsible Parties Contributed to the Past or Present Handling, Storage, Treatment, Transportation or Disposal of Solid or Hazardous Waste

        Upon information and belief, the violations commenced on or about October 2019 and are on-going and continuing.

## Persons Giving Notice

The full names and addresses of the person giving Notice is:

The Bob & Dody Karl Trust (the "Trust")
3853 Carey Hollow Road
Allegany, New York 14706
(716) 373-1960

The Trust should, however, be contacted through counsel:

Kevin C. Murphy, Esq.
The Wladis Law Firm, P.C.
6312 Fly Rd.

Citizen Suit Notice Letter
June 16, 2021
Page 12

> East Syracuse, New York 13057
> (315) 445-1700
> kmurphy@wladislawfirm.com

   If you wish to discuss any portion of this Notice or the potential resolution of this matter, please contact Mr. Murphy at the above-listed address, telephone number or e-mail.

> Respectfully submitted,
> The Wladis Law Firm, P.C.
>
> Kevin C. Murphy, Esq.

KCM/mms

Cc: See Attached Service List (via U.S. Mail)

Citizen Suit Notice Letter
June 16, 2021
Page 13

## **SERVICE LIST**

Michael S. Reagan, Administrator
Mail Code 1101A
Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Washington, DC 20460

Walter E. Mugdan
Acting Regional Administrator
US EPA Region 2
290 Broadway
New York, New York 10007-1866

Basil Seggos
Commissioner of Environmental Conservation
NYSDEC
625 Broadway
Albany, NY  12233

Chad Stanisweski, Acting Regional Director
NYS Dept. of Environmental Conservation
Region 9
270 Michigan Avenue
Buffalo, NY 14203-2915

Merrick Garland
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001



REGISTERED MAIL

RE 166 212 476 US

FIRST CLASS
US POSTAGE
$ 017.35⁰
JUN 16 2021
MAILED FROM ZIP CODE 13057

# First Class Mail

**THE WLADIS LAW FIRM, P.C.**
*P.O. Box 245*
*Syracuse, New York, 13214*

**VIA REGISTERED MAIL/RETURN RECEIPT REQUESTED**
Michael Piette
Dimes Energy, LP
757 East State Street
Olean, NY 14760



REGISTERED MAIL

RE 166 212 391 US

US POSTAGE
$ 017.35
9001260057
MAILED FROM ZIP CODE 13057
JUN 16 2021

**First Class Mail**

THE WLADIS LAW FIRM, P.C.
P.O. Box 245
Syracuse, New York 13214

VIA REGISTERED MAIL/RETURN RECEIPT REQUESTED
Paul Ramirez, President
Dimes Energy GP, Inc.
757 East State Street
Olean, NY 14760



RE 166 212 480 US

# First Class Mail

THE WLADIS LAW FIRM, P.C.
*P.O. Box 245*
*Syracuse, New York, 13214*

**VIA REGISTERED MAIL/RETURN RECEIPT REQUESTED**
Dimes Energy GP, Inc.
757 EAST State Street
Olean, NY 14760



REGISTERED MAIL

RE 166 212 374 US

FIRST-CLASS

US POSTAGE
$ 017.38⁰
02 7H
8001260057   JUN 16 2021
MAILED FROM ZIP CODE 13057

# First Class Mail

THE WLADIS LAW FIRM, P.C.
P.O. Box 245
Syracuse, New York, 13214

VIA REGISTERED MAIL/RETURN RECEIPT REQUESTED
Duffy, Inc. Construction Company
P.O. Box 374
Smethport, PA 16749



REGISTERED MAIL

RE 166 212 365 US

US POSTAGE
$ 017.35
MAILED FROM ZIP CODE

**First Class Mail**

THE WLADIS LAW FIRM, P.C.
P.O. Box 245
Syracuse, New York 13214

VIA REGISTERED MAIL/RETURN RECEIPT REQUESTED
Dimes Energy, LP
757 EAST State Street
Olean, NY 14760



RE 166 212 462 US

FIRST-CLASS
US POSTAGE
$ 017.36⁰
JUN 16 2021
MAILED FROM ZIP CODE 13057

**First Class Mail**

THE WLADIS LAW FIRM, P.C.
P.O. Box 245
Syracuse, New York, 13214

VIA REGISTERED MAIL/RETURN RECEIPT REQUESTED
Michael Piette
Dimes Energy GP, Inc.
757 East State Street
Olean, NY 14760



**RE 166 212 459 US**

**First Class Mail**

THE WLADIS LAW FIRM, P.C.
*P.O. Box 245*
*Syracuse, New York, 13214*

VIA REGISTERED MAIL/RETURN RECEIPT REQUESTED
Virginia R. Thropp
14 West Main Street
Allegany, NY 14706



FIRST-CLASS

US POSTAGE
$ 001.40⁰

02 7H
0001268057          JUN 16 2021
MAILED FROM ZIP CODE 13057

**First Class Mail**

THE WLADIS LAW FIRM, P.C.
*P.O. Box 245*
*Syracuse, New York, 13214*

Merrick Garland
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001



**First Class Mail**

THE WLADIS LAW FIRM, P.C.
P.O. Box 245
Syracuse, New York, 13214

Chad Staniszewski
Action Regional Director
NYS Dept of Environmental Conservation-Region 9
182 E. Union St., Ste 3
Allegany, NY 14706



First Class Mail

THE WLADIS LAW FIRM, P.C.
*P.O. Box 245*
*Syracuse, New York, 13214*

Basil Seggos
Commissioner of Environmental Conservation
NYSDEC
625 Broadway
Albany, NY 12233



First Class Mail

THE WLADIS LAW FIRM, P.C.
P.O. Box 245
Syracuse, New York, 13214

Walter E. Mugdan
Acting Regional Administrator
US EPA Region 2
290 Broadway
New York, New York 10007-1866



**First Class Mail**

THE WLADIS LAW FIRM, P.C.
*P.O. Box 245*
*Syracuse, New York, 13214*

Michael S. Reagan, Administrator
Postal Code 1101A
Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Washington, DC 20460

*KCM-Karl*

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dimes Energy, LP
   757 East State Street
   Olean, NY 14760

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X *[signature]*
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
M. Brisky

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 6316 0296 8595 19

2. Article Number (Transfer from service label)
RE 166 212 365 US

PS Form **3811**, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---

*KCM-Karl*

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dimes Energy GP, Inc.
   757 EAST State Street
   Olean, NY 14760

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X *[signature]*
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
M. Brisky                       6-17-21

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 6316 0296 8595 02

2. Article Number (Transfer from service label)
RE 166 212 480 US

PS Form **3811**, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Piette
Dimes Energy, LP
757 East State Street
Olean, NY 14760

9590 9402 6316 0296 8594 58

2. Article Number *(Transfer from service label)*

RE 166 212 462 US

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053         Domestic Return Receipt

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Piette
Dimes Energy GP, Inc.
757 East State Street
Olean, NY 14760

9590 9402 6316 0296 8594 65

2. Article Number *(Transfer from service label)*

RE 166 212 476 US

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053         Domestic Return Receipt

KCm-Karl

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Duffy, Inc. Construction Company
P.O. Box 374
Smethport, PA 16749

9590 9402 6316 0296 8594 89

2. Article Number *(Transfer from service label)*

RE 166 212 374 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                      ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery
Jessica Fern Duffy      06/22/21

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

> Paul Ramirez, President
> Dimes Energy GP, Inc.
> 757 East State Street
> Olean, NY 14760

9590 9402 6316 0296 8594 72

2. Article Number *(Transfer from service label)*

RE 166 212 391 US

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

M. Binsky

C. Date of Delivery

6-17-21

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Virginia R. Thropp
14 West Main Street
Allegany, NY 14706

9590 9402 6316 0296 8594 41

2. Article Number *(Transfer from service label)*

RE 166 212 459 US

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X PR C19 601
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
V. Thropp

C. Date of Delivery
6/18/21

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt